**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ETROY WILLIAMS,

        Plaintiff,

v.

        Case No. 12-CV-10462
        Honorable Denise Page Hood

ROB MOSSING, *et al.*,

        Defendants.
_____/

## **JUDGMENT**

    **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date March 26, 2013, this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

    Dated at Detroit, Michigan this 26th day of March, 2013

                        DAVID J. WEAVER
                        CLERK OF THE COURT

                        BY: s/LaShawn Saulsberry
APPROVED:                        Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 26, 2013, by electronic and/or ordinary mail.

                S/LaShawn R. Saulsberry
                Case Manager