**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ETROY WILLIAMS,

                    Plaintiff,

v.

                                                            Case No. 12-CV-10462
                                                            Honorable Denise Page Hood

ROB MOSSING, *et al.*,

                    Defendants.

_____/

## JUDGMENT

          **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this

date March 26, 2013, this cause of action is **DISMISSED**.  Accordingly, judgment is entered in

favor of Defendants and against Plaintiff.

          Dated at Detroit, Michigan this 26th day of March, 2013

                                                            DAVID J. WEAVER
                                                            CLERK OF THE COURT

                                                            BY: s/LaShawn Saulsberry
                                                                    Deputy Clerk
APPROVED:


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on
March 26, 2013, by electronic and/or ordinary mail.

                                        S/LaShawn R. Saulsberry
                                        Case Manager